CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Kevin Arron Gribble**<br>DOB: 1983; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-07293MJ |

Complaint for a violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 29, 2026, at or near Tucson, in the District of Arizona, **Kevin Arron Gribble**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, Smith and Wesson .40 caliber SW40VE pistol, said firearm being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On March 29, 2026, at approximately 1920hrs Tucson Police Department (TPD) Officers conducted a civil bicycle traffic stop at 631 W. Miracle Mile. The bicycle rider was later identified as **Kevin Arron Gribble**. **Gribble** dismounted the bicycle and attempted to walk away from officers. Officers approached **Gribble**, and noted a gun in **Gribble's** right front pocket, and detained him. Officers recovered a black and silver Smith and Wesson .40 caliber SW40VE pistol, (SN#DSJ4635) from **Gribble's** pocket. The gun had a loaded magazine, but no cartridge chambered. **Gribble** told officers that he was a prohibited possessor. Officers conducted a records check on **Gribble**, which showed that he has prior felony convictions, and is a prohibited possessor. Officers conducted a full custody search incident to arrest. In **Gribble's** left front pocket, officers located a black tube containing a powdery substance consistent with fentanyl powder. Officers located a small plastic clear bag containing 8 pieces of folded foil. The (8) folded foil packages of suspected fentanyl are of similar size and weight. **Gribble** told officers the foil and tube contained fentanyl powder. Officers also located a plastic bag with $884.35 small bills in **Gribble's** pants. This is consistent with drug sales. Forensics are pending on the suspected Fentanyl powder.

Post-*Miranda*, **Gribble** told officers he bought the gun from "Tony" and paid $200 for it. He admitted to officers he uses methamphetamine and fentanyl. **Gribble** told officers he had fentanyl powder on him. **Gribble** further admitted to officers that he carries the gun for protection while he is transporting drugs. **Gribble** told officers that he is a "Drug Runner" and advised he does not sell drugs. He explained he put the money inside his pants so he would not get robbed.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *S. Houston* | SIGNATURE OF COMPLAINANT<br>Detective Quentin Luce  *Digitally signed by Detective Quentin Luce  Date: 2026.04.03 14:46:32 -07'00'* |
|---|---|
| | OFFICIAL TITLE<br>FBI TFO/TPD Detective Quentin Luce |

**Sworn by telephone __x__**

| SIGNATURE OF MAGISTRATE JUDGE[1) | DATE<br>April 3, 2026 |
|---|---|

1)    See Federal Rules of Criminal Procedure Rules 3, 4, and 54

CC: USM, AUSA, PTS

**(BASIS OF COMPLAINT CONTINUED)**

A law enforcement records check was conducted on **Gribble**, which revealed the multiple prior felony convictions in the Pima County Superior Court including most recently: Theft of Means of Transportation dated June 21, 2022, in case number CR20212312-001 for which he was sentenced to 2.5 years in prison. **Gribble** has not had his civil right to possess firearms restored.

An ATF interstate nexus expert performed a preliminary interstate nexus examination and determined the Smith and Wesson .40 caliber SW40VE pistol was not manufactured in the state of Arizona and thus traveled in interstate and/or foreign commerce.